### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 17 C 1119 |
| Plaintiff, | ) | |
| | ) | Judge Shadur |
| v. | ) | Magistrate Judge Cox |
| | ) | |
| EPATIENTS.COM, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William P. Gress voluntarily

dismisses his individual claims without prejudice and without costs against defendant

ePatients.com, Inc.  Plaintiff Dr. William P. Gress voluntarily dismisses his class claims against

defendant ePatients.com, Inc. without prejudice and without costs.  Plaintiff Dr. William P.

Gress voluntarily dismisses his claims against John Does 1-10 without prejudice and without

costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**<u>CERTIFICATE OF SERVICE</u>**

       I, Heather Kolbus, certify that on March 20, 2017, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

           ePatients.com, Inc.
           The Corporation Trust Company, Registered Agent
           Corporation Trust Center
           1209 Orange Street
           Wilmington, Delaware 19801

                                 <u>s/ Heather Kolbus</u>
                                 Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)